PS 8
(8/88)

# United States District Court
for

## SOUTHERN DISTRICT OF CALIFORNIA



07cr 2743-WQH

U. S. A. vs. CORONA-WARNOCK, AUSTIN JASON            Docket No. 07MJ8770-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Yolanda German Pretrial Services Officer presenting an official report upon the conduct of defendant Austin Jason Corona-Warnock who was placed under pretrial release supervision by the Honorable Ruben B. Brooks sitting in the court at El Centro, on the 7th day of September, 2007, under the following conditions:

restrict travel to state of California; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; and not possess any firearm or other dangerous weapon or explosive device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. At the time bail was set, Pretrial Services was not aware of the defendant's prior illicit drug use. In a subsequent interview with Pretrial Services, the defendant admitted having a history of illicit drug use. Furthermore, the sureties have no opposition to this modification.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.

ORDER OF COURT

Considered and ordered this  2nd  day of October, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge Peter C. Lewis

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/1/07

Respectfully,

_____
Yolanda German, U.S. Pretrial Services Officer

Place    El Centro, California
Date    10/1/07